383 Pa. 525 (1956)
Bodine
v.
Boyd (et al., Appellant).
Supreme Court of Pennsylvania.
Argued December 1, 1955.
January 12, 1956.
Before STERN, C.J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.
Robert C. Kitchen, with him Joseph X. Heincer, for appellant.
Max E. Cohen, for appellee.
*526 Samuel Polsky, with him Thomas Z. Minehart and Lewis P. Green, for appellee.
OPINION PER CURIAM, January 12, 1956:
The judgments in the above captioned cases are affirmed on the opinion of Judge MILNER.